# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

CIV. NO. 3:04CV2084-AWT

| | |
|---|---|
| SALA-THIEL THOMPSON, | PLAINTIFF'S RESPONSE TO THE |
| PLAINTIFF, | FEDERAL DEFENDANTS' RULE 56 |
| VERSUS | (a)(2) STATEMENT. |
| THERESA LANTZ, ET AL., | |
| DEFENDANTS... | |

16th December, 2007

COMES NOW PLAINTIFF: Sala-thiel Thompson, pro se, and submit the following answer to the federal defendants' Rule 56 (a)(2) Statement, and respectfully moves this honourable court to deny the defendants' Motion for Summary Judgment.

1. Contrary to defendants' statement - plaintiff's statement of material facts are clearly in dispute - where, in the defendants' December 6, 2007 - Rule 56(a)(2) statement - the defendants has denied all of plaintiff's twenty statement of material facts as to which there is genuine dispute: which supports plaintiff's opposition to the Federal Defendants' Motion for Summary Judgment.

2. Defendants' proffers no basis for the reasons for its denial of plaintiff's statement of material facts.

3. As such, where the defendants' has denied all of plaintiff's twenty statement of

Material Facts: Such denials constitutes genuine dispute of the material facts of this case. As such, where genuine dispute of material facts exist, summary judgment should not issue forth.

Sincerly

16 December, 2007

Sala-thiel Thompson
42233004
U.S. Penitentiary,
P.O. Box 1000,
Lewisburg, PA 17837...

## CERTIFICATE OF SERVICE

I hereby certify that the original and two copies of this motion was sent via U.S. Institution Mail to – Clerk, U.S. District Court, District of Connecticut, U.S. Courthouse, 915 Lafayette Blvd, Bridgeport, CT 06604 this 19th day of December, 2007.

C.C. Ann Lynch, Esq.,
Steven Strom, Esq.,
Office of the Attorney General
State of Connecticut
110 Sherman Street,
Hartford, CT. 06105.

C.C. Alan M. Soloway,
AUSA,
U.S. Attorney
District of Connecticut
157 Church St, 23rd Floor
New Haven, CT 06510

Salathiel Thompson