UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


SALATHIEL THOMPSON              :      CIVIL NO. 3:04CV2084(AWT)(DFM)

     V.                                      :

THERESA C. LANTZ, ET AL.         :      NOVEMBER 4, 2008


## STATE DEFENDANTS' NOTICE OF COMPLIANCE

Pursuant to Rules 33, 34 and 36 of the Federal Rules of Civil Procedure, the defendants respectfully represent that they have responded to plaintiff's set of admissions ( ##1-97), requests for production (##1-47), and Interrogatories to Choinski, Strange, Dzurenda and Phillippi (numbering in the hundreds and totaling about 30 pages for each defendant). Commissioner Lantz has another set of interrogatories waiting for her review and signature but she is out of the office and the defendants file an accompanying motion for extension of time of three days for Commissioner Lantz to review and sign her interrogatories. Defendants have provided plaintiff's CDOC inmate master file, disciplinary reports, the incident report, grievances, relevant Administrative Directives, among many other documents.

                                          STATE DEFENDANTS
                                          Theresa C. Lantz, et al

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


                                          BY: /s/_____
                                          Steven R. Strom
                                          Assistant Attorney General
                                          110 Sherman Street
                                          Hartford, CT  06105
                                          Telephone:  (860) 808-5450
                                          Fax – (860)-808-5591
                                          Federal Bar No: CT 01211
                                          steven.strom@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed.

R. Civ. P., this  4th day of November,  2008 to:

\*\*SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE \*\*

**Sala-Thiel Thompson**
42233004
U.S. PENITENTIARY
LEWISBURG
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837

Alan M. Soloway
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510

_/s/_____
         Steven R. Strom
         Assistant Attorney General